THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* SAMUEL COOK, *Overseer of the Poor, etc., Respondent, v.* JOHN H. GARRISON, *Appellant.* — Order appealed from and order of filiation reversed. Opinions by BOCKES and WESTBROOK, JJ.

AMBROSE GILLIGAN *v.* THE COMMERCIAL FIRE INSURANCE COMPANY. Motion to amend order denied, with ten dollars costs.

WILLIAM BROWN, *as Executor, etc., Appellant, v.* HENRY GADDIS, *Respondent.* — Order granting new trial reversed, with costs. Opinion by BOARDMAN, J.

MARY E. MANN, *as Administratrix, etc., Respondent, v.* THE PRESIDENT, ETC., OF THE DELAWARE AND HUDSON CANAL COMPANY, *Appellant.* — Judgment and order reversed, new trial granted, costs to abide event. Opinion by BOCKES, J.; LEARNED, P. J., taking no part.

THE AMERICAN BIBLE SOCIETY, *Appellant, v.* BENJAMIN STOVER and others, *Respondents.* — Decree of surrogate reversed and feigned issues ordered; costs of both parties and this appeal to be paid out of estate. Opinion by BOARDMAN, J.

THE EVANGELICAL LUTHERAN CHRIST CHURCH OF GERMANTOWN, *Respondent, v.* JAMES C. FINGAR, *Appellant.* — The part of the order appealed from reversed, with ten dollars costs and printing disbursements. Opinion by LEARNED, P. J., and by BOCKES, J., dissenting.

GEORGE A. FERGUSON, *Respondent, v.* MARIA M. FITCH, *Appellant.* — Appeal dismissed under *Andrews* v. *Long* (79 N. Y., 573); *Ilch* v. *Karker* (11 W. Dig., 193).

MORGAN H. CHRYSLER, *Respondent, v.* GEORGE CANADAY, *Appellant.* — Judgment affirmed, with costs. Opinion by BOARDMAN, J., and by LEARNED, P. J., dissenting.

HENRY SHEPHERD, *Appellant, v.* THE CITY OF COHOES, *Respondent.* — Judgment affirmed, with costs. Opinion by BOARDMAN, J.

MARY LANCTOT, *Administratrix, etc., Appellant, v.* THE TROY AND LANSINGBURGH RAILROAD COMPANY, *Respondent.* — Motion for new trial denied, with costs. Opinion by BOCKES, J.